EDWARD G. WASEY, as Trustee in Bankruptcy of
WILLIAM A. STURGEON, Appellant, v. EDWARD HOL-
BROOK, Respondent, Impleaded with Others.

*Wasey* v. *Holbrook*, 141 App. Div. 336. affirmed.
(Argued October 11, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 10, 1911, modifying and affirming as
modified a judgment in favor of plaintiff entered upon
a decision of the court on trial at Special Term in an
action to have a certain transfer of stock declared
fraudulent and void as against creditors of the bankrupt
Sturgeon.

*Henry Fletcher* for appellant.

*Peter B. Olney* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT,
HISCOCK, CHASE and COLLIN, JJ. Absent: HAIGHT, J.